HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BROOKSIDE CONDOMINIUM ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN NATIONAL ASSURANCE COMPANY, a Minnesota Corporation; WESTERN NATIONAL MUTUAL INSURANCE COMPANY, a Minnesota Corporation; and DOE INSURANCE COMPANIES 1–10,<br><br>Defendants. | No. 2:25-cv-00224-TL<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S FED. R. CIV. P. 41(a)(2) MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND WITHOUT FEES OR COSTS |

THIS MATTER having come on before the Court for hearing on Plaintiff's Fed. R. Civ. P. 41(a)(2) Motion For Voluntary Dismissal Without Prejudice And Without Fees Or Costs and the Court having reviewed the motion, any opposition papers, any reply papers, and the pleadings and other records in this matter and being fully advised, Plaintiff's motion is GRANTED and this matter is dismissed without prejudice and without costs.

DATED this 5th day of May, 2025.

_____
Tana Lin
United States District Judge

[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S FED. R. CIV. P. 41(a)(2) MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND WITHOUT FEES OR COSTS - 1

STEIN, SUDWEEKS & STEIN
16400 SOUTHCENTER PKWY, SUITE 410
TUKWILA, WA 98188
PHONE: 206-388-0660   FAX: 206-286-2660

Presented by:

**STEIN, SUDWEEKS & STEIN, PLLC**

/s/ *Jerry H. Stein*
Jerry H. Stein, WSBA #27721
/s/ *Justin D. Sudweeks*
Justin D. Sudweeks, WSBA #28755
/s/ *Daniel J. Stein*
Daniel J. Stein, WSBA #48739
/s/ *Jessica R. Burns*
Jessica R. Burns, WSBA #49852
16400 Southcenter Pkwy, Suite 410
Tukwila, WA 98188
Email: jstein@condodefects.com
   justin@condodefects.com
   dstein@condodefects.com
   jessica@condodefects.com
Telephone: (206) 388-0660
*Attorneys for Plaintiff*

[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S
FED. R. CIV. P. 41(a)(2) MOTION FOR
VOLUNTARY DISMISSAL WITHOUT
PREJUDICE AND WITHOUT FEES OR COSTS - 2

STEIN, SUDWEEKS & STEIN
16400 SOUTHCENTER PKWY, SUITE 410
TUKWILA, WA 98188
PHONE: 206-388-0660   FAX: 206-286-2660